AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

LeVaughn G. Walker
_____
Plaintiff

v.

P. Phelps, R. Hosterman, L. Kemp
_____
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 08-275

I, LeVaughn G. Walker, declare that I am the (check appropriate box)

- [✓] Petitioner/Plaintiff/Movant
- [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

**FILED**
**MAY - 8 2008**
**U.S. DISTRICT COURT**
**DISTRICT OF DELAWARE**

1. Are you currently incarcerated? [✓] Yes  [ ] No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration D.C.C. 1181 Paddock Rd, Smyrna, DE 19977

   **Inmate Identification Number (Required):** 306213

   Are you employed at the institution? No   Do you receive any payment from the institution? No

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?  [ ] Yes  [✓] No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.   N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   |   | Source | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | | ✓ |
   | b. | Rent payments, interest or dividends | | ✓ |
   | c. | Pensions, annuities or life insurance payments | | ✓ |
   | d. | Disability or workers compensation payments | | ✓ |
   | e. | Gifts or inheritances | | ✓ |
   | f. | Any other sources | ✓ | |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   I received (2) 100 dollar money orders from grandmother over a six period. Not always reliable. I expect another 100 dollar

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?    • • Yes    •✓ No

    If "Yes" state the total amount $_____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
    • • Yes    •✓ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

    E    P.        - SON
    sent 10 dollars when able at least 4 times a year.

    I declare under penalty of perjury that the above information is true and correct.

    4/29/08
    DATE                          SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

08-275

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: LeVaughn Walker   SBI#: 306213

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: April 29, 2008

FILED
MAY -8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of October 1, 2007 to March 31, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 55.20 |
| Nov | 63.28 |
| Dec | 142.56 |
| Jan | 140.68 |
| Feb | 121.41 |
| March | 93.92 |

Average daily balances/6 months: 102.84

Attachments
CC: File

Stacy Shane
4/29/08

Jeanette L. Howe
4/29/08

**Individual Statement**
**From January 2008 to March 2008**

Date Printed: 4/29/2008 Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00306213 | Walker | Levaughn | | | Beginning Month Balance: | $149.02 |
| Current Location: | 17 | | | | Ending Month Balance: | $62.89 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/2/2008 | ($4.92) | $0.00 | $0.00 | $144.10 | 535171 | | | |
| Canteen | 1/15/2008 | ($4.78) | $0.00 | $0.00 | $139.32 | 542327 | | | |
| Canteen | 1/29/2008 | ($9.94) | $0.00 | $0.00 | $129.38 | 548049 | | | |
| Supplies-MailPosta | 2/12/2008 | $0.00 | $0.00 | ($0.75) | $129.38 | 554801 | | 1/16/08 | |
| Canteen | 2/12/2008 | ($10.00) | $0.00 | $0.00 | $119.38 | 555459 | | | |
| Supplies-MailPosta | 2/15/2008 | ($0.75) | $0.00 | $0.00 | $118.63 | 557572 | | 1/16/08 | |
| Canteen | 2/26/2008 | ($9.95) | $0.00 | $0.00 | $108.68 | 561430 | | | |
| Canteen | 3/11/2008 | ($9.79) | $0.00 | $0.00 | $98.89 | 568441 | | | |
| Canteen | 3/25/2008 | ($36.00) | $0.00 | $0.00 | $62.89 | 574686 | | | |

Ending Month Balance: $62.89

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00

Date Printed: 4/29/2008

**Individual Statement**
**From October 2007 to December 2007**

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00306213 | Walker | Levaughn | | | Beginning Month Balance: | $31.48 |
| Current Location: | 17 | | | | Ending Month Balance: | $149.02 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 10/15/2007 | $100.00 | $0.00 | $0.00 | $131.48 | 499967 | 1798493838 | | W PALMER |
| Canteen | 10/16/2007 | ($48.90) | $0.00 | $0.00 | $82.58 | 500479 | | | |
| Supplies-MailPosta | 10/19/2007 | $0.00 | $0.00 | ($14.03) | $82.58 | 502909 | | 10/14/07 | |
| Supplies-MailPosta | 10/19/2007 | ($14.03) | $0.00 | $0.00 | $68.55 | 503224 | | 10/14/07 | |
| Canteen | 11/9/2007 | ($4.80) | $0.00 | $0.00 | $63.75 | 512581 | | | |
| Canteen | 11/20/2007 | ($4.76) | $0.00 | $0.00 | $58.99 | 515782 | | | |
| Canteen | 12/4/2007 | ($4.99) | $0.00 | $0.00 | $54.00 | 523007 | | | |
| Mail | 12/4/2007 | $100.00 | $0.00 | $0.00 | $154.00 | 523338 | 11799454533 | | W PALMER |
| Canteen | 12/18/2007 | ($4.98) | $0.00 | $0.00 | $149.02 | 528667 | | | |

Ending Month Balance: $149.02

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00