IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEVAUGHN GERALD WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-275-GMS |
| | ) | |
| WARDEN P. PHELPS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, the plaintiff, LeVaughn Gerald Walker ("Walker"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on May 16, 2008, this court entered an order granting Walker leave to proceed *in forma pauperis* and requiring Walker to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed (D.I.4);

WHEREAS, the time period has lapsed and to date, the authorization form has not been received from Walker;

THEREFORE, at Wilmington this 1st day of August, 2008, IT IS HEREBY ORDERED that Walker's complaint is DISMISSED WITHOUT PREJUDICE.

_____
CHIEF, UNITED STATES DISTRICT JUDGE



FILED

AUG - 1 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE